**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 4:26-CR-00023** |
| **JOHN STEVENSON BYNON, JR.** | |

## DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER

Dr. Steve Bynon respectfully asks the Court to amend the scheduling order in this case. The pretrial conference and trial dates are presently scheduled for June 15, 2026, and June 22, 2026, respectively. Dkt. 28.

Dr. Bynon has been charged with making false statements relating to health care matters, in violation of 18 U.S.C. § 1035(a)(2). This motion is made because the defense needs more time to prepare for trial, including retaining potential experts. Also, the government produced additional batches of discovery, on May 22 and May 29, which needs to be reviewed and analyzed. In addition, the defense requests leave to file a short, supplemental brief on the Motion to Dismiss argued at the June 1 hearing.

In its motion to certify this case as complex, the government correctly noted that co-counsel Brent Newton is unavailable from August to December due to his teaching obligations. While the defense opposed certifying this case as complex, as well as the government's request to continue the trial until January 2027, defense counsel is available in July for trial. *See* Govt. Mot. to Designate Case as Complex & to Enter Revised Scheduling Order (May 7, 2026), Dkt. 34 at 11-12 (noting that Mr. Newton is unavailable beginning in August); *see also* Def.'s Opp. To Govt. Mot. to Designate as Complex (May

11, 2026), Dkt. 35 at 12 n.3 (Mr. Newton is unavailable after July 2026, should the court continue the June 22 trial date).[1]

The defense suggests the current scheduling order be amended, as follows:

1. Supplemental briefing on the Motion to Dismiss, by either party, is due by June 10, 2026.

2. Government expert designations are due by June 29, 2026.

3. Given that the government maintains burden of proof, defense expert designations are due by July 6, 2026.

4. Pretrial conference is set for July 13, 2026.

5. Jury trial is set for July 20, 2026.

Respectfully submitted,

**KHALIL KINCHEN LLP**
/s/ *Samy Khalil*
Samy Khalil
Texas Bar No. 24038997
4200 Montrose Blvd., Suite 440
Houston, TX 77006
713.904.4477
samy@khalilkinchen.com

Brent Evan Newton
Texas Bar No. 00788115
19 Treworthy Road
Gaithersburg, MD 20878
713.904.4477
brentevannewton@gmail.com

---

[1] In our opposition (Dkt. 35 at 13), we opposed moving the June 22 trial date and requested that trial start no later than July 13, but – given the Court's June 1 ruling on Dr. Bynon's motion to strike as well as the government's production of additional discovery since we filed our opposition to certify the case as complex on May 11 – the defense requests a July 20 trial date.

## CERTIFICATE OF CONFERENCE

On June 2, 2026, I conferred with counsel for the government, AUSA Suzanne Elmilady, who opposes this motion.  She stated that the government opposes the continuance of the trial date and expert deadline extension, and that the government intends to respond to this motion once it is filed.

/s/ *Samy Khalil*
Samy Khalil

## CERTIFICATE OF SERVICE

On June 2, 2026, I electronically filed this reply with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Samy Khalil*
Samy Khalil

3