# EXHIBIT B

Revised: 05/18/2026

1. Name: Raymond John Lynch, MD, MS, FACS

2. Office Address: 5600 Fishers Ln, Rockville, MD 20852

   Telephone: (301) 443-2216

3. E-mail Address: rlynch@hrsa.gov

4. Citizenship: United States, Republic of Ireland

5. Current Titles and Affiliations:

   a. Academic Appointments:

      none

   b. Clinical Appointments:

      none

   c. Other Administrative Appointments:

      Acting Director, Division of Transplantation, Health Resources and Services Administration, US Department of Health and Human Services (effective 10/2025)

6. Previous Academic and Professional Appointments:

   Professor of Surgery and Public Health Sciences, Penn State Health, 2/1/2023 – 7/11/2024
   Adjunct Associate Professor of Surgery, Emory University, 2/1/2023 – 1/31/2024
   Atlanta Veterans Affairs Medical Center (nonclinical WOC), 10/1/2020 – 1/31/2023
   Associate Professor of Surgery, Emory University, 9/1/2020 – 1/31/2023
   Assistant Professor of Surgery, Emory University, 10/1/2015 – 8/31/2020
   Assistant Professor of Surgery, University of Kansas Medical Center, 7/1/2014 – 9/18/2015

7. Previous Administrative and/or Clinical Appointments:

   Chief, Organ Transplantation Branch, Health Resources and Services Administration, 10/2024 – 10/2025
   Director, Transplantation Quality and Outcomes, Penn State Health Transplant Center, 2/1/2023 – 7/11/2023
   Director, Public Health and Policy, Penn State Health Liver Center, 2/1/2023 – 7/11/2023
   Director, Public Policy & Community Relations, Emory Transplant Center, 10/1/2019 – 1/31/2023
   Associate Director, Emory Health Services Research Center, 4/1/2022 – 1/31/2023

8. Licensures/Boards:

   Michigan, 2005 – 2015
   Kansas, 2014 – 2016
   Georgia, 2012 – 2023
   Pennsylvania, 2022 – 2024
   Maryland, 2024 – present

9. Specialty Boards:

American Board of Surgery, 2013
American Society of Transplant Surgeons Transplant Accreditation & Certification Council, 2024

10. Education:

1995 – 1999, Bachelor of Science, Boston College
1999 – 2005, Doctor of Medicine, Yale University School of Medicine
1999 – 2005, Master of Science (Immunobiology), Yale University School of Medicine

11. Postgraduate Training:

2005 – 2006, Internship in General Surgery, University of Michigan
2006 – 2012, Residency in General Surgery, University of Michigan
2008 – 2010, Research Fellowship, laboratory of Jeffrey L Platt, MD
2012 – 2014, Fellowship in Abdominal Transplant Surgery, Emory University

12. Continuing Professional Development Activities:

Multidisciplinary Quality Academy, University of Kansas Medical Center, 2015

13. Military or Government Service:

a. Federal employee, US Department of Health and Human Services, 10/2024 – present

14. Committee Memberships:

a. National and International:

American Society of Transplant Surgeons Legislative and Regulatory Committee, 2023 – 2024
American Society of Transplant Surgeons OPO Strikeforce, 2023 – 2024
United Network for Organ Sharing Liver & Intestine Transplant Committee, 2019 – 2022
American Society of Transplantation Liver and Intestinal Community of Practice, 2017 – 2020
American Society of Transplant Surgeons Vanguard Committee, 2018 – 2021
American Society of Transplantation Frailty Workgroup, 2017 – 2020

b. Regional: n/a

c. Institutional:

University of Kansas AHRQ Patient Safety Indicator Committee, 2014 – 2015
University of Kansas Hospital Transfer Center Oversight Committee, 2014 – 2015

15. Peer Review Activities:

a. Grants:

i. National and International:

National Institutes of Health study section, Health Systems Services, 2023
American Society of Transplant Surgeons, 2022

ii. Regional:

Georgia Clinical & Translational Science Alliance Pilot Grant Program, 2022

iii. Institutional:

Georgia Health Services Research Surgery Pilot Grant Program, 2019 – 2023

b. Manuscripts:

The Lancet
Journal of the American Medical Association
Annals of Surgery
Hepatology
American Journal of Transplantation
Liver Transplantation
Transplantation
Clinical Transplantation
Journal of the American College of Surgeons

c. Conference Abstracts:

i. National and International:

American Society of Transplant Surgeons Winter Symposium, Miami, 2019
American Transplant Congress, Boston, 2019
American Society of Transplant Surgeons Winter Symposium, Miami, 2020
American Society of Transplant Surgeons Winter Symposium, virtual, 2021

ii. Regional: n/a

16. Consultantships:

Emory Health Services Research Center Advisory Council, 2018 – 2022
Organize (organize.org) Medical Advisory Board, 2018 – 2019
Expert witness, *Callahan v. U.S. Dep't of Health & Human Servs., et al.*, No. 1:19-cv-01783, 2019
Consultant for organ procurement organization process improvement: Indiana Donor Network (October 2019), LifeLink of Georgia (December 2019), LifeCenter Organ Donor Network (February 2020), Lifebanc of Ohio (February 2020), OurLegacy (December 2020)
Expert witness, United States Senate Finance Committee, Health Care Subcommittee, 2023
Expert witness, United States Committee on Energy and Commerce, Subcommittee on Oversight and Investigations, 2025 (testimony on behalf of Health Resources and Services Administration)

17. Editorships and Editorial Boards:

Liver Transplantation, Editorial Board, 2018 – 2024

18. Honors and Awards:

Boston College Presidential Scholarship, 1995 – 1999
Scholar of the College, Boston College, 1999
Albert McGuinn, SJ Award for Humanities, Boston College, 1999
Phi Beta Kappa, 1999
William U Gardner Thesis Prize, Yale University, 2005
Alpha Omega Alpha, 2005
Yale University Department of Surgery Outstanding Clinical and Research Awards, 2005
Connecticut Chapter of the American College of Surgeons Prize, 2005
Gift of Life Award, Michigan Chapter of the American College of Surgeons, 2006

Alexander J Walt Award, Michigan Chapter of the American College of Surgeons, 2011
University of Michigan Bronze Beeper Medical Student Teaching Award, 2012
American Society of Transplant Surgeons Vanguard Award, 2014
Atlanta's Top Doctors, 2017 – 2023
Emory University 1% Award for NIH grant submissions, 2021

19. Society Memberships:

American Society of Transplant Surgeons, 2005 – present
American College of Surgeons, 2012 – present
American Society of Transplantation, 2012 – 2020
American Association for the Study of Liver Disease, 2018 – 2020
Association for Multicultural Affairs in Transplant, 2020 – 2021

20. Organization of Conferences: Session/conference organizer or sessions for which the faculty member served as chair.

a. National and International:

i. Administrative Positions:

Planning Committee, American Society of Transplant Surgeons 20th Winter Symposium, 2020, 2021

ii. Sessions as Chair:

Moderator, American Transplant Congress, 2017
Moderator, American Transplant Congress, 2018
Moderator, American Society of Transplant Surgeons 19th Winter Symposium, 2019
Moderator, American Transplant Congress, 2019
Moderator, Controversies in Transplantation, 2024

b. Regional:

i. Administrative Positions: n/a

ii. Sessions as Chair: n/a

c. Institutional:

i. Administrative Positions: n/a

ii. Sessions as Chair: n/a

21. Community Outreach:

a. General:

Combined transplant advocacy and outreach effort with Emory University Hospital and Piedmont Hospital in Georgia, 2019-2021, to raise awareness of burden of liver disease and opportunities for transplant evaluation with local providers.

b. Media Appearances:

MDLinx.com, online interview, 11/1/2016
Boston Globe, print interview 12/26/2016

KCTV5 Kansas City, televised and online interview, 5/9/2017
South Carolina Post and Courier, print interview, 5/14/2017
Washington Post, print interview, 9/1/2017
National Public Radio, radio and on-line interview, 9/26/2017
Washington Post, online interview, 12/5/2018
Axios.com, online interview, 11/9/2021
Richmond Times-Dispatch, print and online interview, 7/24/2023
Houston Chronicle, online interview, 4/9/2024
Cable News Network, television interview, 7/24/2025
Fox News, television interview, 7/25/2025
Fox News Rundown, online interview, 7/29/2025
Blaze Media, online interview, 7/30/2025
The New York Times, print and online interview, 9/19/2025

22. Formal Teaching:

a. Medical Student Teaching:

Aspiring Surgeons Medical Student Group, 1 hour, 2016
Emory medical school ethics & distributive justice lecture series, 2 hours, 2021 – 2022

b. Graduate Programs:

i. Residency Programs:

University of Kansas Resident Teaching Conferences, 2 hours, 2014 – 2015
Emory University General Surgery Journal Club, 1 hour, 2017 Penn State College of Medicine Surgery Resident Teaching Conference, 2 hours, 2023

ii. Fellowship Programs:

Emory University Hepatology Fellowship Teaching Conference, 1 hour, 2016
Emory University Interventional Radiology Teaching Conference, 1 hour, 2016
Penn State College of Medicine Hepatology Fellowship Teaching Conference, 1 hour, 2023

iii. Master's and PhD Programs:

Ad hoc, University of Detroit Mercy Physician Assistant Program, 4 hours, 2009 – 2010

c. Other Categories:

University of Kansas Kidney Transplant Coordinators, 1 hour, 2014
Emory Transplant Talks, 1 hour, 2022

23. Supervisory Teaching:

a. PhD Students Directly Supervised:

Katherine Ross, Emory University, PhD candidate in Epidemiology, 2017 – 2020
Kirthana Hampapur, Georgia Institute of Technology, PhD candidate in Operations Research, 2021 – 2022

b. Postdoctoral Fellows Directly Supervised:

William Kitchens, MD, PhD, 2015 – 2016, Associate Professor of Surgery, Emory University
Denise Lo, MD, 2015 – 2016, Associate Professor of Surgery, Emory University

Michael Berger, MD, PhD, 2015 – 2017, Professor of Surgery, Essen University Hospital, Germany
Douglas Anderson, MD, 2016 – 2018, Associate Professor of Surgery, University of Alabama School of Medicine
Austin Schenk, MD, PhD, 2016 – 2018, Associate Professor of Surgery, The Ohio State University Wexner Medical Center
Jakub Woloszyn, MD, 2017 – 2019, Assistant Professor of Surgery, Loma Linda University
Siddarth Desai, MD, 2018 – 2020, Assistant Professor of Surgery, University of Kentucky
Octav Cristea, MD, 2018 – 2020, Assistant Professor of Surgery, Emory University
Ahmed Nassar, MD, 2019 – 2021, staff surgeon, Henry Ford Health, Detroit, MI
Arielle Cimeno, MD, 2020 – 2022, Assistant Professor of Surgery, University of Chicago
Sharon Yu, MD, 2020 – 2022, staff surgeon, Piedmont Hospital, Atlanta, GA
Ashley Suah, MD, 2021 – 2023, Assistant Professor of Surgery, University of Chicago
Kyle Jackson, MD, 2022 – 2023, Assistant Professor of Surgery, University of Pennsylvania
Nicole Shockcor, 2022 – 2023, Assistant Professor of Surgery, Emory University

c. Residency Program:

University of Kansas surgery residents, 2014 – 2015
Penn State College of Medicine surgery residents, 2023 – 2024

d. Thesis Committees:

Katherine Ross, Emory Unviersity, PhD candidate in Epidemiology, 2017 – 2020
Kirthana Hampapur, Georgia Institute of Technology, PhD candidate in Operations Research, 2021 – 2022

e. Other:

Katherine Ross, Emory Masters in Public Health program field advisor, 2016 – 2017
Katherine Ross-Driscoll, NIH/NIMHD F31 co-mentor, 2021-2023
Katherine Ross-Driscoll, Georgia CTSA KL2 Scholars Program, co-mentor, 2021 – 2023
Denise Lo, Masters in Public Health program field advisor, 2021 – 2023

24. Lectureships, Seminar Invitations, and Visiting Professorships:

a. National and International:

1. "Liver transplant distribution: equity, equality, and equanimity," University of Kentucky College of Medicine Surgery Grand Rounds, Lexington, KY, 11/28/18

2. "The siren song of alcoholic hepatitis," University of Kentucky College of Medicine Transplant Grand Rounds, Lexington, KY, 11/28/18

3. "Equity in transplant distribution: real and perceived disparities," Oregon Health and Science University, Portland, OR, 4/8/19

4. "Equity in transplant: who counts, counts," Henry Ford Hospital, Detroit, MI 4/29/19

5. "Need, equity, and justice in liver transplantation," University of Chicago, Chicago, IL 5/24/19

6. "Breaking the zero-sum mentality in transplant allocation," University of Michigan, Ann Arbor, MI 7/8/19

7. "The era of deceased donation as medical care." University of Texas Southwestern, Dallas,

TX, 1/4/21

8. “Management of the high BMI liver transplant candidate.” Essen University Hospital, Essen, Germany, 11/11/21

9. “Locating equity in organ procurement practice.” University of Alabama at Birmingham Division of Transplant grand rounds, Birmingham, AL, 11/12/21

10. “Data driven improvement to procurement care.” Loma Linda Transplant Institute grand rounds, San Bernadino, CA, 11/15/21

11. “Organ procurement as specialized medical care.” University of Pennsylvania Transplant Institute grand rounds, Philadelphia, PA, 11/19/21

12. “A practice-based approach to optimizing organ procurement care.” Medical University of South Carolina, Charleston, SC, 12/3/21

13. “Organ procurement as patient care: implications for practice.” University of Iowa Department of Surgery grand rounds, Iowa City, IA, 5/31/22

14. “Identifying practice patterns in organ procurement clinical care.” Duke University Transplant Center grand rounds, Durham, NC, 6/14/22

15. “Organ procurement in the United States: separating volume from excellence.” Addenbrooke’s Hospital, Cambridge, England, 7/18/22

16. “The future of organ procurement – implications for transplant centers and patients.” University of Kansas Medical Center, Kansas City, KS, 10/4/22

17. “Patterns of care in organ procurement – implications for candidates and centers.” Ohio State Medical Center, Columbus, OH, 10/11/22

18. “Procurement practice and organ availability.” Mayo Clinic, Scottsdale, AZ, 10/26/22

b. Regional:

1. “Liver distribution: claims and realities,” Piedmont Transplant Institute, 2/27/18

c. Institutional:

1. “Serious but not hopeless, hopeless but not desperate,” University of Kansas Surgery Grand Rounds, 4/7/15

2. “Liver disease and transplantation: radiology perspective,” Emory University Diagnostic Radiology Grand Rounds, 3/22/16

3. “Equity and need in liver transplantation,” Emory University Transplant Center Grand Rounds, 2/7/18

4. “Changes to transplant distribution: implications for pediatric patients,” Children’s Healthcare of Atlanta weekly transplant conference, 8/27/18

5. “Update on changes to organ distribution,” Emory University Transplant Center Grand Rounds, 1/30/19

6. “Equity in transplant: policy and practice elements,” Emory University Transplant Talks,

5/17/22

7. "How we got to now: liver transplant in 2024," Penn State University Department of Surgery Grand Rounds, 2/8/2024

25. Invitations to National/International, Regional, and Institutional Conferences:

a. National and International:

1. "The Goldilocks debate: this proposal goes too far," Controversies in Transplantation Conference, Breckenridge CO, 3/3/18

2. "Evaluating access to a transplant waitlist and impact on demand metrics." American Transplant Congress. Seattle, WA, 6/5/18

3. "Need and equity in liver transplantation for pediatric patients," 23rd Annual Studies in Pediatric Liver Transplantation (SPLIT) National Meeting. Atlanta, GA, 9/13/18

4. "Organ donation: what does the data say? Proposed metrics and CDC data," Association of Organ Procurement Organizations Annual Meeting. San Diego, CA, 1/15/20

5. "How data can drive equity: understanding access to deceased donation," Association for Multicultural Affairs in Transplantation Annual Conference. Virtual venue, 9/15/21

8. "Improvement of organ recovery practices and VHA opportunities," Veterans Health Administration National Surgical Office Enhancing Transplantation Care for Veterans Conference. Charleston, SC, 5/4/2023

9. "Ensuring equitable access to high quality procurement care," End Stage Renal Disease Treatment Choice Learning Collaborative (ETCLC) Centers for Medicare & Medicaid Services Technical Assistance, Quality Improvement and Learning (TAQIL) group. Virtual venue, 9/27/2023.

10. "Promoting equity in access to care for both donor patients and organ failure patients," American Society of Nephrology Kidney Week. Philadelphia, PA 11/3/2023.

11. "Modernizing the transplant system – regulatory updates." Organ Donation and Transplantation Alliance National Collaboration Forum. Orlando, FL 3/27/2026.

b. Regional:

1. "Clinical approach to pancreatic adenocarcinoma," Southeast Kansas Cancer Care Symposium, Coffeyville KS, 9/13/14

2. "Transplantation in primary & secondary hepatic cancers," Wellstar Cancer Symposium, Marietta GA, 10/20/16

3. "Taking better risks in transplant: need, utility, and equity," International Transplant Nurses Society, Northeast Florida and Southeast Georgia Chapter 9th Annual Symposium, Charleston SC, 9/24/16

4. "Defining equity and access in liver transplantation," International Transplant Nurses Society, Northeast Florida and Southeast Georgia Chapter 10th Annual Symposium, Atlanta GA, 4/27/18

5. "Liver transplantation for cholangiocarcinoma," 8th Annual Winship Cancer Institute

Gastrointestinal Cancer Symposium, Atlanta, GA, 12/8/18

c. Institutional:

1. “Suppression of MHC Class I and MHC Class II in trophoblast cells.” Yale School of Medicine William U. Gardner Thesis Prize Award, New Haven CT, May 10, 2005.

2. “Liver transplant in cholangiocarcinoma,” 8th Annual Winship Gastrointestinal Cancer Symposium, Atlanta GA, 12/8/18

26. Abstract Presentations at National/International, Regional, and Institutional Conferences:

a. National and International:

1. “Comparison of Histidine-Tryptophan-Ketoglutarate and University of Wisconsin organ preservation solutions in kidney transplantation.” (oral presentation) Lynch RJ, Kubus J, Chenault RH, Pelletier SJ, Campbell DA, Englesbe MJ. European Society of Transplantation Meeting, Prague, Czech Republic, 10/1/07.

2. “Recurrent infection in primary sclerosing cholangitis: implications for transplantation.” (poster presentation) Lynch RJ, Sell K, Kubus J, Englesbe MJ. 9th Annual American Society of Transplant Surgeons Winter Symposium, Marco Island FL, 1/17/09.

3. “Surgical site infections, obesity, and outcome following renal transplantation.” (poster presentation) Lynch RJ, Ranney DN, Cai S, Lee DS, Englesbe MJ. 9th Annual American Transplant Congress, Boston MA, 6/1/09.

4. “Analysis of procurement and utilization of deceased cardiac donors in Michigan.” (poster presentation) Lynch RJ, Gee D, Pietroski RE, Mattice BJ, Englesbe MJ, Punch JD. European Society of Transplantation Meeting, Paris, France, 8/31/09.

5. “Sarcopenia, mortality, and resource utilization following liver transplantation.” (oral presentation) Lynch RJ, Patel SP, He K, Sonnenday CJ, Englesbe MJ. 10th Annual American Society of Transplant Surgeons Winter Meeting, Fort Lauderdale FL, 1/16/10.

6. “Central sarcopenia and outcome following liver transplantation.” (poster presentation) Lynch RJ, Patel Sp, He K ,Sonnenday CJ, Englesbe MJ. 10th Annual American Transplant Congress, San Diego CA, 5/1/10.

7. “Alloreactive B cells, but not alloantibody, mark renal transplantation.” (poster presentation) Lynch RJ, Punch JD, Cascalho MI, Platt JL. 10th Annual American Transplant Congress, San Diego, CA, May 3, 2010.

8. “National economic outlook and living donor transplant rates.” (oral presentation) Lynch RJ, Mathur AK, Cai S, Curtin RT, Merion RM, Englesbe MJ. 11th Annual American Society of Transplant Surgeons Winter Symposium, Hollywood FL, 1/16/11.

9. “Patterns of hospital admissions before and after renal transplantation—lessons for new quality paradigms.” (poster presentation) Lynch RJ, Zhang R, Patzer RE, Larsen CP, Adams AB. 14th Annual American Society of Transplant Surgeons Winter Symposium, Miami Beach, FL, 1/14/14.

10. “Redefining readmission in renal transplantation – variation in resource utilization and outcome.” (poster presentation) Lynch RJ, Zhang R, Patzer RE, Larsen CP, Adams AB. 14th Annual American Society of Transplant Surgeons Winter Symposium, Miami Beach FL, 1/14/14.

11. "Positive crossmatch and the role of donors specific antibody in liver transplantation." (oral presentation) Lynch RJ, Lysak N, Perez S, Roberts-Wilson T, Bray RA, Gebel HM, Knechtle SJ. 2014 Annual Meeting of Americas Hepato-Pancreato-Biliary Association, Miami FL, 2/20/14.

12. "Consideration of waitlist performance to improve renal transplant readmission and survival." (poster presentation) Lynch RJ, Zhang R, Patzer RE, Larsen CP, Adams AB."15th Annual American Society of Transplant Surgeons Winter Symposium, Miami Beach FL, 1/17/15.

13. "Sociodemographic modifiers of liver transplant waitlist mortality." (oral presentation) Lynch RJ, Ross K, Goldberg DS, Patzer RL. University of Colorado Controversies in Transplantation Young Investigators Forum, Breckenridge CO, 3/2/17.

14. "Race, admissions, and renal transplant waitlisting." (poster presentation) Lynch RJ, Zhang R, Patzer RE, Larsen CP, Adams AB. American Transplant Congress, Chicago IL, 5/2/17.

15. "Community health, center proximity, and liver transplant waitlist mortality." (oral presentation) Lynch RJ, Ross K, Goldberg DS, Patzer RL. American Transplant Congress, Chicago IL, 5/2/17.

16. "Poverty, end stage liver disease, and transplantation in Georgia." (poster presentation) Lynch RJ, Ross K, Patzer RE. 18th Annual American Society of Transplant Surgeons Winter Symposium, Miami Beach FL, 1/12/18.

17. "Pre-admissions, resource utilization and survival after kidney-pancreas transplantation." (poster presentation) Anderson D, Zhang R, Parsons RF, Adams AB, Patzer RE, Lynch RJ. Cutting Edge of Transplantation Summit, Phoenix AZ, 2/8/18.

18. "Hospitalization, dialysis center type, and disparities in ESRD survival and waitlist access." (poster presentation) Lynch RJ, Zhang R, Adams AB, Patzer RE. American Transplant Congress, Seattle WA, 6/2/18.

19. "Health and economic disparities in waitlist access and liver distribution policy." (oral presentation) Lynch RJ, Ross K, Pearson TC, Goldberg DS, Patzer RE. American Transplant Congress, Seattle WA, 6/4/18.

20. "Morphometric and metabolic correlates of frailty in pancreas transplant recipients." (oral presentation) Parsons RF, Woloszyn J, Lynch RJ. American Transplant Congress, Seattle WA, 6/5/18.

21. "Racial Disparities and Trends in Waitlisting and Transplantation for Alcoholic Hepatitis." (poster presentation) Lynch RJ, Zhang X, Ross KH, Goldberg DS, Adams AB, Patzer RE. American Association for the Study of Liver Disease Annual Meeting, San Francisco CA, 11/10/18.

22. "Rural-urban differences in in-hospital mortality among admissions for end-stage liver disease in the United States." (oral presentation) Ross KH, Patzer RE, Goldberg DS, Osborne NH, Lynch RJ. American Association for the Study of Liver Disease Annual Meeting, San Francisco CA, 11/11/18.

23. "State-based liver distribution: a viable and equitable framework for transplant policy." (poster presentation) Lynch RJ, Fei Y, Sheng Q, Zhao Z, Karp SJ. American Association for the Study of Liver Disease Annual Meeting, San Francisco CA, 11/12/18.

24. "Disparities in access to and outcome for pediatric liver transplant." Kim S, Ross K, Patzer

re, Lynch RJ. (poster presentation) 19th Annual American Society of Transplant Surgeons Winter Symposium, Miami Beach FL, 1/12/19.

25. "Racial disparities in liver transplant outcomes vary by transplant center quality rating." Ross K, Patzer re, Lynch RJ. (poster presentation) 19th Annual American Society of Transplant Surgeons Winter Symposium, Miami Beach FL, 1/12/19.

26. "Concentric circles, one year in: concentrated organ discard and waitlist deaths in high traffic areas." Lynch RJ, Karp SJ, Chapman WC. American Transplant Congress, Boston, MA, 6/4/19.

27. "Paradoxical liver simulated allocation model (LSAM) projections for changes in waitlist mortality under Acuity Circle distribution model." Lynch RJ, Ross K, Patzer R, Karp SJ. (poster presentation) American Transplant Congress, Boston, MA, 6/3/19.

28. "Objective correlates of hospital-level deceased donation records in OPTN/SRTR data." Lynch RJ, Doby BL, Goldberg DS, Lee K, Cimeno A, Karp SJ. (poster presentation) 21st Annual American Society of Transplant Surgeons Winter Symposium, Miami Beach FL, 8/5/22.

29. "Variation in OPO data quality and performance." Cimeno A, Doby BL, Goldberg DS, Lynch RJ. (poster presentation) 21st Annual American Society of Transplant Surgeons Winter Symposium, Miami Beach FL, 8/5/22.

30. "Regional changes in volume and travel patterns for liver transplantation with the Acuity Circles policy." Yu S, Shah M, Karp S, Ross-Driscoll-K, Lynch RJ. (poster presentation) 21st Annual American Society of Transplant Surgeons Winter Symposium, Miami Beach FL, 8/6/22.

31. "Geographic variation in SRTR adjustments to reporting due to COVID-19." Lynch RJ, Abt PL, Doby BL, Mehta A, Ross-Driscoll K. (poster presentation) 21st Annual American Society of Transplant Surgeons Winter Symposium, Miami Beach FL, 8/6/22.

32. "Peri-reperfusion hyperoxemia is associated with early allograft dysfunction after deceased donor liver transplantation." Wilson E, Lynch R, Muralidharan VJ, Jabaley C. (oral presentation) Joint Congress of International Liver Transplantation Society, Rotterdam, Netherlands, 5/3/23.

33. "Variability in transplant and listing behavior following Acuity Circles policy." Burke C, Doby B, Martin S, Butler T, Hong J, Ross-Driscoll K, Lynch R. (poster presentation) 23rd Annual American Society of Transplant Surgeons Winter Symposium, Miami Beach FL, 1/12/24.

34. "Clinical triggers and organ procurement care." Casey K, Doby B, Ross-Driscoll K, Lynch R. (poster presentation) 23rd Annual American Society of Transplant Surgeons Winter Symposium, Miami Beach FL, 1/13/24.

35. "A view of the payback era thru a disparity scope: a retrospective review of 4,268 transplant subjects whom received a "payback" kidney transplant using the Organ Procurement and Transplantation Network database." Butler T, Lynch R, Hong J, Martin S. (poster presentation) American Transplant Congress, Philadelphia, PA, 6/1/24.

36. "Takotsubo Cardiomyopathy following liver transplantation – a multicenter cohort study." Matar A, Kim S, Keiler J, Bolognese A, Cimeno A, Whitmore C, Wehrle C, Aucejo F, Subramanian R, Nassar A, Lo D, Kitchens W, Lynch R, Kazimi M, Maharaj V, Aby E, Magliocca J. (poster presentation) American Transplant Congress, Philadelphia, PA, 6/2/24.

37. "Machine perfusion is associated with increased access to transplant as compared to living donor for patient with hepatocellular carcinoma." Taute E, Butler T, Lynch R, Hong J, Martin S. (poster presentation) American Transplant Congress, Philadelphia, PA, 6/4/24.

b. Regional:

1. "Suppression of MHC Class II expression in trophoblasts proceeds by an RNAi mechanism." (oral presentation) Lynch RJ, Geirsson A, Bothwell ALM, Hammond GL. 53rd Annual Meeting of the Michigan Chapter of the American College of Surgeons, Traverse City MI, 5/18/06.

2. "Surgical site infections, obesity, and outcome following renal transplantation." (oral presentation) Lynch RJ, Ranney DN, Cai S, Lee DS, Englesbe MJ. 56th Annual Meeting of the Michigan Chapter of the American College of Surgeons, Bellaire MI, 5/14/09.

3. "Renal transplantation induces an increase in alloreactive B cell number without increases in circulating antibody." (oral presentation) Lynch RJ, Cascalho MI, Platt JL. 57th Annual Meeting of the Michigan Chapter of the American College of Surgeons, Thompsonville MI, 5/20/10.

c. Institutional:

1. "Measurement of foot traffic in the operating room: implications for infection control." (poster presentation) Lynch RJ, Englesbe MJ, Campbell DA. 19th Annual Moses Gunn Research Conference, Ann Arbor MI, 4/3/07.

27. Research Focus:

a. Current: n/a

b. Previous (2014 – 2024): My goal is to improve organ transplantation by maximizing benefit and equity in waitlist access and organ distribution and utilization. To this end, I have studied novel predictors of survival and resource utilization, defined subgroups of organ failure patients with excess mortality risk, and devised novel metrics for measuring and improving organ donation performance.

28. Patents:

a. Issued: n/a

b. Pending: n/a

29. Grant Support:

a. Active Support: n/a

b. Previous Support:

Principal investigator, NIMHD, "Veteran access and limitations to organ recovery (VALOR)," R01, $1,816,704, 2022-2024.

Co-Investigator, NIMHD, "Reducing disparities among kidney transplant recipients," R01, $1,766,146, 2017-2022.

Principal Investigator, Mid-America Transplant Foundation, "Veteran attitudes and limitations to organ recovery," $128,706, 2020-2021.

Principal Investigator, Georgia Clinical & Translational Science Alliance, "Collaborative to Overcome Barriers in Access to Liver Transplantation," Pilot Grant, $39,790, 2019 – 2020.

Principal Investigator, American Society of Transplant Surgery – Roche Laboratories Scientist Scholarship, "Detection of alloreactive B cells in kidney transplant recipients," Private foundation, $80,000, 2008 – 2010.

Principal Investigator, Ohse Research Foundation, "Mechanism of suppression of MHC loci in the trophoblast," Private foundation, $10,000, 2002 – 2003.

30. Bibliography:

a. Published and Accepted Research Articles (clinical, basic science, other) in Refereed Journals:

1. Chavous DA, Hake LE, **Lynch RJ**, O'Connor CM. Translation of a unique transcript for protein isoaspartyl methyltransferase in haploid spermatids: implications for protein repair. Mol Reprod Dev 2000; 56:139-144.

2. Tittle LS, **Lynch RJ**, Cole PE, Singh HS, Rizzo JA, Kopf GS, Elefteriades JA. Midterm follow-up of penetrating ulcer and intramural hematoma of the aorta. J Thorac Cardiovasc Surg 2002; 123:1051-1059.

3. Geirsson A, **Lynch RJ**, Paliwal I, Bothwell ALM, Hammond GL. Human trophoblast noncoding RNA suppresses CIITA promoter III activity in murine B-lymphocytes. Biochem Biophys Res Commun 2003; 301:718-724.

4. Geirsson A, Paliwal I, **Lynch RJ**, Bothwell ALM, Hammond GL. Class II transactivator promoter activity is suppressed through regulation by a noncoding RNA. Transplantation 2003; 76:387-394.

5. Dubay DA, **Lynch R**, Cohn J, Ads Y, Punch JD, Pelletier SJ, et al. Is routine ureteral stenting cost-effective in renal transplantation? J Urol 2007; 178:2509-2513.

6. Ammori JB, Pelletier SJ, **Lynch R**, Cohn J, Ads Y, Campbell DA, et al. Incremental costs of post-liver transplantation complications. J Am Coll Surg 2008; 206:89-95.

7. **Lynch RJ**, Kubus J, Chenault RH, Pelletier SJ, Campbell, DA, and Englesbe MJ. Comparison of Histidine-Tryptophan-Ketoglutarate and University of Wisconsin preservation in renal transplantation. Am J Transplant 2008; 8:567-573.

8. Englesbe MJ, Ads Y, Cohn JA, Sonnenday CJ, **Lynch R**, Sung RS et al. The effects of donor and recipient practices on transplant center finances. Am J Transplant 2008; 8:586-592.

9. Englesbe MJ, **Lynch RJ**, Heidt DG, Thomas SE, Brooks M, Dubay DA, et al. Early urologic complications after pediatric renal transplant: a single-center experience. Transplantation 2008; 86:1560-1564.

10. Ranney DN, Englesbe MJ, Muhammad W, Al-Holou S, Park J, Pelletier SJ, Punch JD, **Lynch RJ**. Should heart, lung, and liver transplant recipients receive immunosuppression induction for kidney transplantation? Clin Transplant, 2009; 24:67-72.

11. **Lynch RJ**, Englesbe MJ, Strum L, Bitar A, Budhiraj K, Kolla S, et al. Measurement of foot traffic in the operating room: implications for infection control. Am J Med Qual 2009; 24:45-

52.

12. **Lynch RJ**, Mathur AK, Hundley JC, Kubus J, Pietroski RE, Mattice BJ, Punch JD, Englesbe MJ. Improving organ procurement practices in Michigan. Am J Transplant. 2009; 9:2416-2423.

13. **Lynch RJ**, Ranney DN, Shijie C, Lee DS, Samala N, Englesbe MJ. Obesity, surgical site infection, and outcome following renal transplantation. Ann Surg 2009 250:1014-1020.

14. Englesbe MJ, Kubus J, Muhammad W, Sonnenday CJ, Welling T, Punch JD, **Lynch RJ**, Marrero JA, Pelletier SJ. Portal vein thrombosis and survival in patients with cirrhosis. Liver Transplant, 2010 16:83-90.

15. Ho D, **Lynch RJ**, Kubus J, Englesbe MJ. Financial impact of surgical site infection after kidney transplantation: implications for quality improvement initiative design. J Am Coll Surg, 2010 211:99-104.

16. Englesbe MJ, Patel SP, He K, **Lynch RJ**, Schaubel DE, Al-Holou SN, Lewin SA, Ranney DN, Hocombe SA, Wang SC, Segev DL, Sonnenday CS. Sarcopenia and mortality after liver transplantation. J Am Coll Surg, 2010 211:271-278.

17. Patel SP, Lee JS, Ranney DN, Al-Holou SN, Frost CM, Harris ME, Lewin SA, Liu E, Madenci A, Majkrzak AA, Nelson J, Peterson SF, Serecky KA, Wilkinson DA, Wojcik BM, Englesbe MJ, **Lynch RJ**. Resident workload, pager communications, and quality of care. World J Surg, 2010 34:2524-2529.

18. Mathur AK, Osborne NH, **Lynch RJ**, Ghaferi AA, Dimick JB, Sonnenday CS. Racial/ethnic disparities in access to care and survival for patients with early-stage hepatocellular carcinoma. Arch Surg, 2010 145:1158-1163.

19. Mathur AK, Ranney DN, Patel SP, Lee DS, Bednar F, **Lynch RJ**, Welling TH, Englesbe MJ. The effect of smoking on biliary complications following liver transplantation. Transpl International, 2011 24:58-66.

20. Harbaugh C, Afana M, Burdick S, East J, Kodali S, Lee J, Patel S, Rangrass G, Ranney D, Sood V, **Lynch RJ**, Sonnenday CJ, Englesbe MJ, Mathur AK. Portrayal of Organ Donation and Transplantation on American Primetime Television. Clin Transplant, 2011 25:E375-E380.

21. Englesbe MJ, **Lynch RJ**, Sung RS, Segev DL. Time-trends in publication productivity of young transplant surgeons in the United States. Am J Transplant 2012 12:772-778.

22. **Lynch RJ**, Silva IA, Chen BJ, Punch JD, Cascalho M, Platt JL. Cryptic B cell response to renal transplantation. Am J Transplant 2013 13:1713-1723.

23. **Lynch RJ**, Zhang R, Patzer RE, Larsen CP, Adams, AB. Waitlist hospital admissions predict resource utilization and survival after renal transplantation. Ann Surg 2016 264:1168-1173.

24. **Lynch RJ**, Zhang R, Patzer RE, Larsen CP, Adams AB. First-year waitlist hospitalization and subsequent waitlist and transplant outcome. Am J Transplant, 2017 17:1031-1041.

25. Newman KL, **Lynch RJ**, Adams AB, Zhang R, Pastan SO, Patzer RE. Hospitalization among individuals waitlisted for kidney transplant. Transplantation, 2017 101:2913-2923.

26. Ross K, Patzer RE, Goldberg DS, **Lynch RJ**. Sociodemographic determinants of waitlist and post-transplant survival among end-stage liver disease patients. Am J Transplant, 2017

17:2879-2889.

27. Plantinga LC, **Lynch RJ**, Patzer RE, Pastan SO, Bowling CB. Association of serious fall injuries among US end-stage renal disease patients with access to kidney transplantation. Clin J Am Soc Nephrol, 2018 13:628-637.

28. Goldberg D, **Lynch R**. Analysis of the nature and frequency of domestic transplant tourism in the US. Liver Transpl, 2018 12:1762-1764.

29. **Lynch RJ**, Patzer RE, Pastan SO, Bowling CB, Plantinga LC. Recent history of serious fall injuries and post-Transplant outcomes among U.S. kidney transplant recipients. Transplantation 2018 103:1043-1050.

30. **Lynch RJ**, Patzer RE, Pastan SO, Bowling CB, Plantinga LC. Recent history of serious fall injuries and post-Transplant outcomes among U.S. kidney transplant recipients. Transplantation 2018 103:1043-1050.

31. **Lynch RJ**, Magliocca JF, Hundley JC, Karp SJ. Moving past 'think local, act global:' a perspective on geographic disparity. Am J Transplant, 2019 19:1907-1911.

32. **Lynch RJ.** Backing into benefit: what fringe donors can teach the mainstream. Liver Transpl, 2019 25:205-206.

33. **Lynch RJ**, Ye F, Sheng Q, Zhao, Z, Karp SJ. State-first liver distribution: broad sharing with less harm to vulnerable and underserved communities compared to concentric circles. Liver Transplantation, 2019 25:588-597.

34. Ross KH, Patzer RE, Goldberg D, Osborne NH, **Lynch RJ**. Rural-urban differences in in-hospital mortality among admissions for end-stage disease in the United States. Liver Transplantation, 2019 25:1321-1332.

35. Hogan J, Arenson M, Adhikary S, Li K, Zhang X, Zhang R, Valdez JN, **Lynch RJ**, Sun J, Adams AB, Patzer RE. Assessing predictors of early and late hospital readmission after kidney transplantation. Transplant Direct 2019; 5:479-488.

36. Schenk AD, Washburn K, Adams AB, **Lynch RJ**. A survey of current procurement travel practices, accident frequency, and perceptions of safety. Transplant Direct, 2019 5:494-499.

37. Goldberg D, Karp S, Shah M, Dubay D, **Lynch R**. Importance of incorporating standardized, verifiable, objective metrics of OPO performance into discussions about organ allocation. Am J Transplant, 2019 19:2973-2978.

38. McAdams-DeMarco MA, Rasmussen SEVP, Chu NM, Agoons D, Parsons RF, Alhamad T, Johansen KL, Tullius SG, **Lynch R**, Harhay MN, Rao MK, Berger J, Cooper M, Tan JC, Cheng XS, Woodside KJ, Parajuli S, Lentine KL, Kaplan B, Segev DL, Kobashigawa JA, Dadhania D. Perceptions and practices regarding frailty in kidney transplantation: results of a national survey. Transplantation, 2020 104:349-356.

39. Goldberg D, **Lynch R**. Improvements in organ donation: riding the coattails of a national tragedy. Clin Transplant, 2020 34:13755-13759.

40. Cannon RM, Davis EG, Goldberg DS, **Lynch RJ**, Shah MB, Locke JE, McMasters KM, Jones CM. Regional variation in appropriateness of non-hepatocellular carcinoma model for end-stage liver disease exception. J Am Coll Surg, 2020 230:503-512.

41. **Lynch RJ**, Goldberg DS. US organ donation policy. JAMA 2020 323:279.

42. Goldberg D, **Lynch R**. Response to deceased donors: defining drug-related deaths. Clin Transplant, 2020 34:13828.

43. Goldberg D, Doby B, **Lynch R**. Addressing critiques of the proposed CMS metric of organ procurement organ performance: more data isn't better. Transplantation, 2020 104:1662-1667.

44. Harhay MN, Rao MK, Woodside KJ, Johansen KL, Lentine KL, Tullius SG, Parsons RF, Alhamad T, Berger J, Cheng XS, Lappin J, **Lynch R**, Parajuli S, Tan JC, Segev DL, Kaplan B, Kobashigawa J, Dadhania DM, McAdams-DeMarco MA. An overview of frailty in kidney transplantation: measurement, management, and future considerations. Nephrol Dial Transplant, 2020 7:1099-1112.

45. Shah MB, **Lynch RJ**, El-Haddad H, Doby B, Brockmeier D, Goldberg DS. Utilization of deceased donors during a pandemic: an argument against using SARS-CoV-2 positive donors. Am J Transplant, 2020 20:1795-1799.

46. Goldberg D, Doby B, Siminoff L, Shah M, **Lynch R**. Rejecting bias: the case against race adjustment for OPO performance in communities of color. Am J Transplant, 2020 20:2337-2342.

47. Ross K, Axelrod D, **Lynch R**, Patzer RE. Using geographic catchment areas to measure population-based access to kidney transplant in the United States. Transplantation, 2020 104:e342-e350.

48. Paul S, Melanson T, Mohan S, Ross-Driscoll K, McPherson L, **Lynch R**, Lo D, Pastan SO, Patzer RE. Kidney transplant program waitlisting rate as a metric to assess transplant access. Am J Transplant, 2021 21:314-321.

49. Ross-Driscoll K, Kramer M, **Lynch R**, Plantinga L, Wedd J, Patzer R. Variation in racial disparities in liver transplant outcomes across transplant centers in the United States. Liver Transplantation, 2021 27:558-567.

50. Chyou D, Karp S, Shah M, **Lynch R**, Goldberg D. A 6-month report on the impact of the OPTN/UNOS Acuity Circles policy change. Liver Transpl, 2021 27:856-759.

51. Goldberg D, Ross-Driscoll K, **Lynch R**. County differences in liver mortality in the US: Impact of sociodemographics, disease risk factors, and access to care. Gastroenterology, 2021 160:1140-1150.

52. MacConmara M, Wang B, Patel MS, Hwang CS, DeGregorio L, Shah J, Hanish SI, Desai D, **Lynch R**, Tanriover B, Zeh H, Vagefi PA. Liver transplantation in the time of a pandemic: a widening of the racial and socioeconomic health care gap during COVID-19. Ann Surg, 2021 274:427-433.

53. Doby BL, Hanner K, Johnson S, Purnell T, Shah, M, **Lynch RJ**. Results of a data-driven performance improvement initiative in organ donation. Am J Transplant, 2021 21:2555-2562.

54. Doby BL, Ross-Driscoll K, Shuck M, Wadsworth M, Durand C, **Lynch RJ**. Public discourse and policy change: absence of harm from increased oversight and transparency in OPO performance. Am J Transplant, 2021 21:2646-2652.

55. Doby BL, Brockmeier D, Lee K, Jasien C, Gallini J, Cui X, Zhang R, Karp S, Marklin G, **Lynch RJ**. Opportunity to increase deceased donation for United States veterans. Am J

Transplant, 2021 21:3758-3764.

56. **Lynch RJ**, Doby B, Goldberg D, Lee K, Cimeno A, Karp S. Procurement characteristics of high- and low-performing OPOs as seen in OPTN/SRTR data. Am J Transplant, 2022 22:455-463.

57. Doby BL, Ross-Driscoll K, Yu S, Godwin M, Lee KJ, **Lynch RJ**. Examining utilization of kidneys as a function of procurement performance. Am J Transplant, 2022 22:1614-1623.

58. Ross-Driscoll K, Gunasti J, **Lynch RJ**, Massie A, Segev DL, Snyder J, Axelrod D, Patzer RE Listing at non-local transplant centers is associated with increased access to deceased donor kidney transplantation. Am J Transplant, 2022 22:1813-1822.

59. Cannon RM, Nassel A, Walker JT, Sheikh SS, Orandi BJ, Shah MB, **Lynch RJ**, Goldberg DS, Locke J. County level differences in liver-related mortality, waitlisting, and liver transplantation in the United States. Transplantation, 2022 106:1799-1806.

60. Cannon RM, Nassel AF, Walker JT, Sheikh SS, Orandi BJ, **Lynch RJ**, Shah MB, Goldberg DS, Locke JE. Lost potential and missed opportunities for DCD liver transplantation in the United States. Am J Surg, 2022 224:990-998.

61. Arenson M, Hogan J, Xu L, **Lynch R**, Lee YH, Choi J, Sun J, Adams A, Patzer R. Predicting kidney transplant recipient cohorts' 30-day re-hospitalization using clinical notes and electronic healthcare record data. Kidney Int Rep, 2022 8:489-498.

62. Ross-Driscoll K, Harding JL, Labgold K, Gunasti J, **Lynch RJ**, Patzer RE. The impact of selection bias in transplant research intended to inform patient selection: an example and potential solutions. Transplantation, 2023 80:406-415.

63. Johnson W, Kraft K, Chotai P, **Lynch R**, Dittus RS, Goldberg D, Ye F, Doby B, Schaubel DE, Shah MB, Karp SJ. Variability in organ procurement organization performance by individual hospital in the United States. JAMA Surg, 2023 158:404-409.

64. Perakslis ED, Knechtle SJ, McCourt B, **Lynch R**, Doby BL. Doing it right: caring for and protecting patient information for US organ donors and transplant recipients. Patterns, 2023 4:100734.

65. Ross-Driscoll K, Gunasti J, Ayuk-Arrey AT, Adler JT, Axelrod D, McElroy L, Patzer RE, **Lynch R**. Identifying and understanding variation in population-based access to liver transplantation in the United States. Am J Transplant, 2023 23:1401-1410.

66. Doby B, Casey K, Ross-Driscoll K, Rahman Ovi M, Hossain Bhuiya MS, Isty IA, **Lynch RJ**. What is visible is fixable: visual dashboards for multi-domain assessment of OPO performance. Am J Transplant, 2023 23:1793-1799.

67. Ross-Driscoll K, Ayuk-Arrey AT, **Lynch R**, McCullough LE, Roccaro G, Nephew L, Hundley J, Rubin RA, Patzer R. Disparities in access to liver transplant referral and evaluation among hepatocellular carcinoma patients in Georgia. Cancer Res Commun, 2024 22:1111-1119.

68. Blandon C, Karp SJ, Shah M, **Lynch RJ**, Goldberg DS. Assessing LSAM's ability to account for changes in organ donation and transplant center behavior. Liver Transpl, 2024 30:1123-1131.

69. Lee YH, Hogan J, Maroney K, Adams A, **Lynch RJ**, Patzer RE. Clinical prediction of early readmission among kidney and liver transplant recipients. Prog Transplant, 2024 34:157-164.

70. McCormick DW, **Lynch R**, Doby B, Laskey S, Annambhotla P, Wallace RM, Bonaparte SC, Hicks LA, Basavaraju SV, Kracalik I. Wild and domestic animal exposure among deceased persons referred for organ procurement, United States. Emerg Infect Dis, 2025 31:2344-2345.

71. Kracalik I, Annambhotla P, McCormick DW, Geller AI, McDavid K, Griffin I, **Lynch R**, Doby B, Natori Y, Tokman S, Durand CM, Kotton CN, Blumberg E, La Hoz RM, Hicks LA, Pouch SM, Basavaraju SV. Kaposi Sarcoma-Associated herpesvirus infection and complications among solid organ transplant recipients - United States, January 2021-September 2025. MMWR Morb Mortal Wkly Rep, 2026 75:99-105.

72. Lovasik BP, Garrett C, Zhang R, Mengyu D, **Lynch RJ**, Patzer RE, Adams AB. Racial and immunologic disparities impact access to kidney rewaitlisting and retransplantation. Am J Transplant [online ahead of print].

b. Review Articles:

1. **Lynch RJ**, Eisenberg D, Bell RL. Metabolic consequences of bariatric surgery. J Clin Gastroenterol 2006; 40:659-668.

2. **Lynch RJ**, Platt JL. Accommodation in organ transplantation. Curr Opin Organ Transplant 2008; 13:165-170.

3. **Lynch RJ**, Platt JL. Escaping from Rejection. Transplantation, 2009 88:1233-6.

4. [**Lynch RJ**, article editor] Current opinions in organ allocation. Am J Transplant, 2018 11:2625-34.

5. Montgomery JR, Mathur AK, **Lynch RJ**. Databases for surgical health services research: Scientific Registry of Transplant Recipients. Surgery, 2018 165:879-81.

6. **Lynch RJ**, Patzer RE. Geographic inequity in transplant access. Curr Opin Organ Transplant, 2019 24:337-42.

d. Symposium Contributions:

1. Englesbe MJ, Shah S, Cutler J, Africano R, **Lynch RJ**, Seely M, Hasz R, Sweeney M, Roberts J, Merion RM. Improving organ procurement travel practices in the United States: proceedings from the Michigan Donor Travel Forum. Am J Transplant, 2009 9:1-6.

2. Kobashigawa J, Dadhania D, Bhorade S, Adey D, Berger J, Bhat G, Budev M, Duarte-Rojo A, Dunn M, Hall S, Harhay MN, Johansenn KL, Joseph S, Kennedy CC, Kransdorf E, Lentine KL, **Lynch RJ**, McAdams-DeMarco M, Nagai S, Olymbios M, Patel J, Pinney S, Schaenman J, Segev DL, Shah P, Singer LG, Singer JP, Sonnenday C, Tandon P, Tapper E, Tullius SG, Wilson M, Zamora M, Lai JC. Report from the American Society of Transplantation on frailty in solid organ transplantation. Am J Transplant, 2019 19:984-94.

e. Book Chapters:

1. **Lynch RJ**, Pelletier SJ (2009) "Liver transplantation using cavo-cavostomy." In *Clinical Transplants 2008* Terasaki Foundation/Terasaki.org. Los Angeles.

2. **Lynch RJ**, Sung, RS. (2010) "Pancreas Transplantation" in *Current Procedures Surgery.* McGraw Hill. 1st Edition. McGraw Hill Medical, New York.

3. Silva I, Koch CA, **Lynch RJ**, Platt JL. (2013) "Accommodation and the fetus," in *Human Fetal Tissue Transplantation.* Bhattacharya N, Stubblefield P (eds). Spring-Verlag, London.

f. Books Edited and Written: n/a

g. Book Reviews: n/a

h. Manuals, Videos, Computer Programs, and Other Teaching Aids:

1. **Lynch RJ**, Mulholland MW. "Gastric Adenocarcinoma." *Pocket Surgical Management* (mobile electronic reference, 2009).

i. Published Abstracts: n/a

j. Other Publications: n/a

31. Contributions Not Otherwise Noted: n/a