**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIM. NO. H-26-023** |
| | § | |
| **JOHN STEVENSON BYNON, JR.** | § | |

**UNITED STATES' MOTION TO AMEND SCHEDULING ORDER**

The United States of America respectfully requests the Court to extend its response deadline to the defendant John Stevenson Bynon, Jr. ("Bynon")'s motions to exclude the expert testimony of Dr. Raymond Lynch ("Lynch") by one week.

On July 17, 2026, Bynon filed a motion to exclude the expert testimony of Dr. Lynch. (Dkt. 99). On July 21, 2026, the Court ordered the United States to respond to all pending motions by July 31, 2026. (Dkt. 102.). The next day, Bynon filed a motion to exclude the expert testimony of Dr. Matthew Cooper ("Cooper"). (Dkt. 103). By agreement of the parties, the defense's expert disclosures deadlines were extended to August 4, 2026.

On July 27, 2026, the United States timely filed its responses to the defendant's Motion in Limine and Motion for Bill of Particulars (*See* Dkts. 105 and 108). The United States is requesting a one-week extension from the Court to respond to the Bynon's motion to exclude the expert testimony of Dr. Lynch. Because Bynon's expert opinions will directly inform the United States' response to the pending motion, a brief continuance will promote efficiency, prevent piecemeal litigation, and allow the issues to be addressed in a single comprehensive filing.

For the reasons set forth above, the United States respectfully requests this Court to extend the United States' response deadline to Dr, Lynch's report from July 31st to August 7th. Although

the Court did not order a response yet, the United States can file its response to Bynon's motion to exclude Dr. Cooper's expert testimony (Dkt. 103) by August 7 if the brief extension is granted.

Respectfully Submitted,
AARON F. REITZ
United States Attorney
Southern District of Texas

By: *<u>/s/ Suzanne Elmilady</u>*
Suzanne Elmilady
Amanda Alum
Sherin Daniel
Anthony Franklin
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone (713) 567-9000

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been delivered on counsel of record via ECF upon filing.

*<u>/s/ Suzanne Elmilady</u>*
Suzanne Elmilday
Assistant United States Attorney