USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED
*August 12, 2026*
Nathan Ochsner, Clerk of Court

HOUSTON DIVISION

No. 4:26-cr-00023

USAO Number: 2024R02402

Magistrate Number:

SUPERSEDING INDICTMENT

Filed 08/12/2026

Judge: Honorable Lee H Rosenthal

UNITED STATES of AMERICA

vs.

JOHN STEVENSON BYNON, JR.

ATTORNEYS:

**AARON F. REITZ, USA** **(713) 567-9000**

SUZANNE ELMILADY / AUSA (713) 567-9000

| Attorney | Appt'd | Private |
|---|---|---|
| Samy K Khalil / 713-904-4477 | ☐ | ☒ |

CHARGE: (TOTAL) (COUNTS:) ( 5 )

Cts. 1-5: False Statements Relating to Health Care Matters [18 U.S.C. § 1035]

PENALTY: Cts. 1-5: Not more than 5 years imprisonment and/or a fine of not more than $250,000, not more than 3 years supervised release, and a $100 special assessment, per count.

NOTICE OF CRIMINAL FORFEITURE [18 U.S.C. § 982(a)(7)]

☐ In Jail

☒ On Bond

☐ No Arrest

NAME & ADDRESS of Surety:

PROCEEDINGS: