**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v. Case Number: 4:26−cr−00023

John Stevenson Bynon, Jr

---

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Yvonne Y Ho

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 8/26/2026

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Arraignment

Date: August 13, 2026

Nathan Ochsner, Clerk
by G. Kelner, Deputy Clerk