# EXHIBIT J

[redacted]

**From:** Elmilady, Suzanne (USATXS) <Suzanne.Elmilady@usdoj.gov>
**Sent:** Wednesday, August 12, 2026 3:07 PM
**To:** Glenda Hassan (Glenda_Hassan@txs.uscourts.gov) <Glenda_Hassan@txs.uscourts.gov>
**Cc:** Samy Khalil <Samy@KhalilKinchen.com>; John Kinchen <John@KhalilKinchen.com>; Franklyn, Anthony (USATXS) <Anthony.Franklyn@usdoj.gov>; Alum, Amanda (USATXS) <Amanda.Alum@usdoj.gov>; Daniel, Sherin (USATXS) <Sherin.Daniel@usdoj.gov>
**Subject:** 4:26cr23 John Stevenson Bynon, Jr. - Superseding Indictment

Good afternoon,

The grand jury just returned a true bill on a superseding indictment this afternoon. Paragraphs 20 and 21 were added to address the Court's order to the willfulness element requested by the defense in their Bill of Particulars. We filed a notice for the defendant to appear, thus no warrant is out for the defendant's arrest. The case was ***not*** filed under seal. We believe the superseding indictment will address the Court's order filed yesterday, and we still plan on responding unless the Court orders otherwise.

Thank you,
Suzanne

*Suzanne Elmilady*
Deputy Criminal Chief, Fraud Section
U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
Desk: 713-567-9574
Cell: [redacted]