**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§ | |
| v. | § | CASE NO. 4:26-CR-00023 |
| | § | |
| JOHN STEVENSON BYNON, JR.,<br>Defendant. | §<br>§ | |

**THE UNITED STATES' NOTICE OF APPEAL**
**AND UNITED STATES ATTORNEY CERTIFICATION**
**UNDER 18 U.S.C. § 3731**

Pursuant to and exercising the authority granted under 18 U.S.C. § 3731, the United States intends to appeal to the United States Court of Appeals for the Fifth Circuit the district court's (1) October 14, 2026 Order, which included a denial of the United States' motion for reconsideration and a grant in large part of Defendant Bynon's motions in limine and motions to exclude expert testimony (Dkt. No. 185), and (2) Orders orally issued during the October 15 and 16, 2026, pretrial conference (Dkt. Nos. 187 and 188). These Orders prevent the government from introducing at trial evidence material to the proceedings and crucial to the government's case.

As required by Section 3731, the United States Attorney for the Southern District of Texas, Aaron F. Reitz, certifies that this appeal is not taken for the purposes of delay and that the evidence excluded by the district court's orders is a substantial proof of fact material to the proceedings.

Respectfully submitted,

AARON REITZ

Digitally signed by AARON REITZ
Date: 2026.10.21 12:18:16 -05'00'

AARON F. REITZ
United States Attorney

*/s/ Suzanne Elmilady*
Suzanne Elmilady
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Phone: (713) 567-9000
Facsimile: (713) 718-3304

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was electronically filed with the United States District Court for the Southern District of Texas on October 21, 2026, and was served via the court's ECF system on defendant's counsel of record.

*/s/Suzanne Elmilady*
Assistant United States Attorney